UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| REBECCA LYNN TURNER, ) <br> Administrator for the Estate of ) <br> CONNIE SUE WOMACK STEVER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SYFAN LOGISTICS, INC. ) <br> ) <br> Defendant. ) | Case No.: 5-15-cv-00081-MFU |

**DEFENDANT SYFAN LOGISTICS, INC.'S MOTION
TO DISMISS FOR LACK OF PERSONAL JURISDICTION
UNDER FED. R. CIV. P. 12(b)(2) *FORUM NON CONVENIENS* AND
FOR FAILURE TO STATE A CLAIM UNDER FED. R. CIV. P. 12(b)(6).**

COMES NOW, Defendant, Syfan Logistics, Inc. and moves this Court to dismiss the Plaintiff Rebecca Lynn Turner Administrator for the Estate of Connie Sue Womack Stever's Complaint For Lack of Personal Jurisdiction Under Fed. R. Civ. P. 12(b)(2); *Forum Non Conveniens* and for Failure to State a claim under Fed. R. Civ. P. 12(b)(6) Defendant Syfan Logistics, Inc. shall rely upon the memorandum of law and the attached proposed order filed contemporaneously herewith. Oral argument is respectfully requested. Syfan Logistics, Inc. will set a date for this matter to be heard within 60 days from date of filing pursuant to Local Rule 11(b).

Respectfully submitted,


						___/s/ John T. Husk_____
						John T. Husk, Esq. VSB No.: 32801
						Jeffrey E. Cox, Esq. VSB No.: 77857
						Seaton & Husk, LP
						2240 Gallows Road
						Vienna, VA 22182
						Tel: 703-573-0700
						Fax: 703-573-9786
						E-mail: johnhusk@aol.com
						           jeffcox@transportationlaw.net
						*Counsel for Syfan Logistics, Inc.*


## **CERTIFICATE OF SERVICE**

I certify that on the 22nd day of December, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notification of such filing (NEF) to the following counsel record:

	E. Kyle McNew, Esq.
	J. Gregory Webb, Esq.
	Michie Hamlett Lowry Rasmussen & Tweel, PLLC
	500 Court Square, Suite 300
	PO Box 298
	Charlottesville, Virginia 22902
	Tel: 434-951-7200
	Fax: 434-951-7218
	E-mail: gwebb@michiehamlett.com
	           kmcnew@michiehamlett.com

						_____/s/ John T. Husk_____
						John T. Husk